FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2017 OCT -5 PM 12:00
OFFICE OF THE CLERK

United States District Court Nebraska

Charles & Arnetta Swift

  .v.

Nebraska Family Cooperative
State of Nebraska and all
unknown Jane & John Doe operatives

case # 8:17CV368
42 USC S. 1983
Civic action and
Motion to proceed
Informa pauperis

We repeatedly informed defendants then in physical control of our minor children that our child InyAunma was assaulted by Savontae Drummond then in care with our progeny same foster home child Savontae had hard guns and Marijuana in home. NFC told childrens mater "GAL" that NFC didnt like Charles and ignored our warning also information from our attnry Matt that they didnt like Charles cause he had a big mouth. (this told to us by our attorney Kahler

—1—

after assault on Iuy'Aunna about six months later we found out that Imelda Hill was raped by Davontae Drummond

we praying $10,000,000.00 million damages and whatever else cant deem just & meet in the premises

Plantiffs pauper praying leave to proceed informa pauperis annexing their poverty affidavit.

9/26/17

Anette Swift
Charles S Swift Sr
5125 ernst st
Omaha, Ne 68112

-2-